**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00543-CV

## IN THE INTEREST OF J.L.T., A CHILD

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 06-1922**

## ORDER

Appellant's Motion for Continuance of oral argument is **GRANTED.** The case will be

removed from the March 19, 2013 docket and re-set in due course.

/s/    KERRY P. FITZGERALD
       PRESIDING JUSTICE